**Regina Feder, appellant, v. Midland Casualty Company, appellee. Gen. No. 28,426.**

Suit on accident insurance policy. Judgment for defendant company. Appeal from the Circuit Court of Cook county; the Hon. E.

M. Mangan, Judge, presiding.   Heard in the second division of this court for the first district at the March term, 1923.   Affirmed. Opinion filed November 27, 1923.   Rehearing denied December 8, 1923.

Max Luster, for appellant; Julian J. Luster, of counsel.   Miller, Gorham, Wales & Noxon and Orlaf Anderson, for appellee.

Mr. Justice Fitch delivered the opinion of the court.